UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN RE: EVERGLADES AIRBOAT
MANAGEMENT LLC AND EVERGLADES
AIRBOAT RESORTS, LLC, D/B/A CAPTAIN
JACK'S AIRBOAT TOURS (F/K/A CAPTAIN
DOUG'S AIRBOAT TOURS), AS OWNERS,
CHARTERERS, OPERATING MANAGERS OF
THE 2013 18' ALUMITECH AIRBOAT AND
2009 18' ALUMITECH AIRBOAT IN A CAUSE
OF ACTION FOR EXONERATION FROM, OR
LIMITATION OF LIABILITY

Case No:   2:14-cv-380-FtM-29CM

_____

ORDER

Before the Court are Plaintiffs' Motion for Leave to File Ad Interim Stipulation (Doc. 3), filed on July 10, 2014, and Plaintiffs' Motion for Entry of Orders for Notice to Claimants and Restraining Prosecution of Claims (Doc. 4), filed on July 10, 2014. Plaintiffs filed the Complaint (Doc. 1) seeking exoneration from or limitation of liability regarding a 2013 18' Alumitech Airboat, bearing Hull Identification No. BUJ085441213, Florida Registration No. FL 7584PC, and a 2009 18' Alumitech Airboat, bearing Hull Identification No. A0N01834J909, Florida Registration No. FL 3975NZ (the "Vessels"), pursuant to 46 U.S.C. § 30501 *et seq.* and Rule F of the Supplemental Rules for Admiralty or Maritime Claims, for damages or injuries caused by or resulting from an incident occurring on March 15, 2013 on the navigable waters of the United States near Everglades City, Florida.

The Complaint States that each vessel had a fair-market value of no more than $10,000.00 and there was no pending freight.  Plaintiffs seek leave of Court to file an Ad Interim Stipulation for Value by Plaintiffs' insurance company, AGCS Marine Insurance Company, indicating that, pending appraisement, the value of Plaintiffs' interest in the Vessels at the time of the March 15, 2013 incident giving rise to the Complaint has been fixed at $20,000.00 for bonding purposes.  Doc. 3-1 at 1.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Plaintiffs' Motion for Leave to File Ad Interim Stipulation (Doc. 3) is **GRANTED**.  The Ad Interim Stipulation for Value in the amount of $20,000.00 is approved.  Plaintiffs are hereby ordered to file the Ad Interim Stipulation in the amount of $20,000.00 with the surety as required by the Rules of this Court and by law.  The Clerk shall accept the proposed Ad Interim Stipulation and deposit same into the registry of the Court as Security.

2.    This Court, upon motion, shall cause due appraisement of such value and may thereupon order the Security increased or reduced to carry out the provisions of 46 U.S.C. § 30501 *et seq.* for personal injuries, property damage, or any other claims resulting from the incident that occurred on March 15, 2013, referred to in the Complaint.

3.    Plaintiffs' Motion for Entry of Orders for Notice to Claimants and Restraining Prosecution of Claims (Doc. 4) is **GRANTED**.  An Order providing notice

to claimants and an Order restraining prosecution of claims will be entered under separate cover.

      **DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of August, 2014.

*/s/ Carol Mirando*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record