UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

IN RE: EVERGLADES AIRBOAT
MANAGEMENT LLC AND EVERGLADES
AIRBOAT RESORTS, LLC, D/B/A CAPTAIN
JACK'S AIRBOAT TOURS (F/K/A CAPTAIN
DOUG'S AIRBOAT TOURS), AS OWNERS,
CHARTERERS, OPERATING MANAGERS OF
THE 2013 18' ALUMITECH AIRBOAT AND
2009 18' ALUMITECH AIRBOAT IN A CAUSE
OF ACTION FOR EXONERATION FROM, OR
LIMITATION OF LIABILITY

Case No:   2:14-cv-380-FtM-29CM

## ORDER

Before the Court is claimant Stephen Palmer's Motion to Remove Attorney Signature Block and Contact Information from Pleadings (Doc. 20), filed on November 7, 2014.  The motion requests that the Court remove the signature block and contact information of Mr. Palmer's co-counsel Gerald A. McGill because, although Mr. McGill is a Florida licensed attorney in good standing, he is not admitted to the Middle District of Florida and does not seek to become admitted for purposes of this matter.  Doc. 20 at 1, 2.  Although the motion does not contain a certification pursuant to Local Rule 3.01(g) stating that counsel for Mr. Palmer has conferred with opposing counsel and whether opposing counsel objects to the requested relief, pursuant to the Local Rules Mr. McGill cannot be counsel of record absent admission to the Middle District.  M.D. Fla. R. 2.01(a) ("No person shall be

permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court . . . .").

Moreover, although the Court finds that Mr. McGill should be removed from this case unless or until he becomes admitted to the Middle District, the Court cannot edit documents previously filed by counsel to remove the signature block and contact information for Mr. McGill. At most, the Court can direct that Mr. McGill be terminated as counsel of record for Mr. Palmer and removed from receiving further notices of filing. The Court will do so here.

ACCORDINGLY, it is hereby

**ORDERED:**

The Motion to Remove Attorney Signature Block and Contact Information from Pleadings (Doc. 20) is **GRANTED in part**. The Clerk is directed to terminate Gerald A. McGill as counsel of record for claimant Stephen Palmer and remove him from receiving notices of filing.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of November, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record